In the Matter of MARK H., JR., and Others, Children Alleged to be Abused. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JACQUELINE H., Appellant. [689 NYS2d 888] —Amended order unanimously affirmed without costs. Memorandum: In this Family Court Act article 10 proceeding alleging sexual abuse, Family Court properly gave collateral estoppel effect to respondent's plea of guilty to charges of sexual abuse in a parallel criminal proceeding (see, Matter of Suffolk

*County Dept. of Social Servs. [Michael V.] v James M.*, 83 NY2d 178, 182-183; *Matter of Jimmy A.*, 218 AD2d 734, 735; *Matter of Sarah L.*, 207 AD2d 1016). (Appeal from Amended Order of Niagara County Family Court, Batt, J.—Abuse.) Present—Denman, P. J., Green, Pine, Hayes and Hurlbutt, JJ.